AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Anthony Sargent<br><br>_____<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) |

Case: 1:21-mj-00600
Assigned To : Meriweather, Robin M.
Assign. Date : 9/12/2021
Description: Complaint w/ Arrest Warrant

## ARREST WARRANT

To:     Any authorized law enforcement officer

   **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* _____ Anthony Sargent _____ ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment          ❏ Superseding Indictment    ❏ Information    ❏ Superseding Information    ☒ Complaint
❏ Probation Violation Petition    ❏ Supervised Release Violation Petition    ❏ Violation Notice    ❏ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 1361, 2- Destruction of Government Property;
18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(4) - Engaging in Physical Violence in any Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Violent Entry and Disorderly Conduct on Capitol Grounds;
40 U.S.C. § 5104(e)(2)(F) - Act of Physical Violence in the Capitol Grounds or Buildings.

Date:     09/13/2021                                   2021.09.13
                                                         14:22:37
                                                         -04'00'
                                          _____
                                                *Issuing officer's signature*

City and state:       Washington, D.C.          Robin M. Meriweather, U.S. Magistrate Judge
                                                      *Printed name and title*

| Return | | |
|---|---|---|
| This warrant was received on *(date)* 9/13/21 , and the person was arrested on *(date)* 9/21/21 | | |
| at *(city and state)* St. Augustine, FL . | | |
| Date: 9/21/21 | *signature* _____<br>*Arresting officer's signature* | |
| | Sean M. O'Donovan Special Agent<br>*Printed name and title* | |

AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | |
|---|---|
| United States of America<br>v.<br><br>Anthony Sargent<br><span style="background:black">████████</span><br><br><br>_Defendant(s)_ | )<br>)<br>)<br>)<br>)<br>)<br>)   Case No. 21 mj 600 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ January 6, 2021 _____ in the county of _____ in the

_____ in the District of ___ Columbia ___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|

18 U.S.C. §§ 1361, 2- Destruction of Government Property,
18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority,
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in any Restricted Building or Grounds Without Lawful Authority,
18 U.S.C. § 1752(a)(4) - Engaging in Physical Violence in any Restricted Building or Grounds,
40 U.S.C. § 5104(e)(2)(D) - Violent Entry and Disorderly Conduct on Capitol Grounds,
40 U.S.C. § 5104(e)(2)(F) - Act of Physical Violence in the Capitol Grounds or Buildings.

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_____
_Complainant's signature_

Sean M. O'Donovan, Special Agent
_Printed name and title_

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1
by telephone.

Date: _____ 09/13/2021 _____

2021.09.13
14:23:18 -04'00'
_____
_Judge's signature_

City and state: _____ Washington, D.C. _____

Robin M. Meriweather, U.S. Magistrate Judge
_Printed name and title_

## STATEMENT OF FACTS

Your affiant, Sean M. O'Donovan, is a Special Agent with the Federal Bureau of Investigation ("FBI"). I am assigned to FBI's Northeast Florida Joint Terrorism Task. I have been a Special Agent since June 2001. In my current duties, I am responsible for conducting a variety of investigations in the area of counterterrorism. In the performance of my duties, I have led and participated in investigations of matters involving violations of federal law related to domestic terrorism, international terrorism, weapons of mass destruction, and bombing matters. Currently, I am tasked with investigating criminal activity in and around the Capitol grounds on January 6, 2021. As a Special Agent, I am authorized by law or by a Government agency to engage in or supervise the prevention, detection, investigation, or prosecution of a violation of Federal criminal laws.

The U.S. Capitol is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification are allowed access inside the U.S. Capitol. On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed to members of the public.

On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

As the proceedings continued in both the House and the Senate, and with Vice President Mike Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

At such time, the certification proceedings still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, shortly after 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of the U.S. Capitol Police, as others in the crowd encouraged and assisted those acts.

Shortly thereafter, at approximately 2:20 p.m. members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Mike Pence, were instructed to—and did—evacuate the chambers. Accordingly, the joint session of the United States Congress was effectively suspended until shortly after 8:00 p.m. Vice

President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the sessions resumed.

During national news coverage of the aforementioned events, video footage which appeared to be captured on mobile devices of persons present on the scene depicted evidence of violations of local and federal law, including scores of individuals inside the U.S. Capitol building without authority to be there.

In January 2021, FBI Special Agents reviewed open source online videos submitted in connection with a complaint received via the National Threat Operations Center regarding the January 6, 2021 Capitol building intrusion. The agents documented numerous unidentified subjects who engaged in destructive or violent conduct near the entrance of the Capitol Building, and submitted them to the FBI's Be On the Look Out ("BOLO") alerts.

The individual depicted below, later identified as Anthony SARGENT ("SARGENT"), was listed as BOLO 158. SARGENT appears to be wearing a gray hooded sweatshirt and a black face gaiter with a skull jawbone printed on it.


[1]

Your affiant has reviewed several open source videos that depict SARGENT attempting to breach the north entrance to the Capitol building on January 6, 2021. In one of the videos,[2] SARGENT is seen pushing the crowd in an apparent attempt to breach the outer doors of the north entrance to the Capitol building. In this video, SARGENT appears to be wearing a gray hoodie and a green military-style backpack. At this time, the doors to the north entrance of the Capitol building appear closed.

---

[1] https://www.fbi.gov/wanted/capitol-violence-images/capitol-158.jpg/view.

[2] The New Yorker, "A Reporter's Footage from Inside the Capitol Siege," YouTube (Jan. 17, 2021), *available at* https://www.youtube.com/watch?v=270F8s5TEKY.





SARGENT is next seen exiting the north entrance of the Capitol building through a cloud of white smoke. As depicted in the photo below, SARGENT appears to have tattoos on the knuckles and back side of his right hand.





After the smoke dissipates, SARGENT can be seen waving the crowd back toward the north entrance of the Capitol.



SARGENT is then seen re-exiting the north entrance after a chemical irritant is sprayed.



The next open source video[3] shows rioters attempting to break through the inner doors to the north entrance of the Capitol building. Your affiant believes that this video was taken after

---

[3] The Rundown Live, "Save America Protestors Attempt Entrance into Washington DC Capitol," YouTube (Jan. 6, 2021), *available at* https://www.youtube.com/watch?v=y-C4F7x6oFY.   As of September 10, 2021, this link appears to have been disabled.

the attempted breach depicted in the screenshots above, since the outer doors of the north entrance appear open in this video.



As depicted in the screenshots below, a tattoo on the back side of SARGENT's right hand is visible as SARGENT repeatedly throws an unknown object toward the inner doors of the north entrance. Based on estimates provided by the Office of Architect of the Capitol, your affiant believes that SARGENT, together with other rioters, caused over $1,000 in damage to the north doors of the U.S. Capitol building.



6



SARGENT also appears to be wearing a radio on his jean pocket, as circled in red in the image below.



### *Identification of SARGENT*

Law enforcement has identified two open source photographs of an individual resembling the individual depicted in the screenshots above. The first photograph (left) is from a June 15, 2017 magazine article titled "BMX Factor: Anthony Sargent of First Coast BMX," published in the St. Augustine Social.[4] The second photograph (right) is from an article published on a news website called One News Page and titled "How Canada Has Handled the Proud Boys."[5] This undated photo appears to show SARGENT at a rally wearing yellow and black apparel. Based on my training and experience, I know these colors to be affiliated with the Proud Boys.

 

Open source searches for "Anthony Sargent Proud Boys" revealed the following Twitter accounts: @anontreborsux, @anontreborsuxg2, @treborsux.  Using the Internet Archive's "Wayback Machine," law enforcement was able to retrieve the profile page for the now-disabled account username @anontreborsuxg2. The user account page contains an image of an individual with a thick black beard resembling SARGENT. The profile information lists the user's name as "Sarge Slaughter" with the following description: "Ancient City Proud Boy Constitutionalist Unapologetic no mask." The background photo for the account is a recruitment poster in the style of an Uncle Sam U.S. Army recruitment poster that displays the text: "WE WANT YOU TO BE A PROUD BOY: We are western chauvinists who refuse to apologize for creating the modern world."

---

[4] Alexter Albury, "BMX Factor: Anthony Sargent of First Coast BMX," St. Augustine Social (June 15, 2017), available at https://www.staugustinesocial.com/bmx-factor-anthony-sargent-first-coast-bmx/.

[5] https://www.onenewspage.com/video/20210128/13600836/How-Canada-Has-Handled-The-Proud-Boys.htm.



Law enforcement has also reviewed the Twitter page associated with the still-active account @treborsux. The profile information lists the user's name as "Anthony Sargent" with the description: "BMX saved my life."

On May 22, 2018, Twitter user @treborsux posted a captioned mirror selfie-style photograph that resembles SARGENT. In particular, the knuckle tattoos in the mirrored image of the man's right hand resemble the knuckle tattoos on SARGENT's right hand in open source photos from January 6, 2021.

9

 

Finally, on March 19, 2021, law enforcement conducting surveillance in St. Augustine, Florida, obtained the following photos of SARGENT. The first photo shows the tattoos on the back of SARGENT's right hand and knuckles.



The second photo shows SARGENT wearing a backwards black cap with the yellow Proud Boys logo on the side. SARGENT is also wearing a red face/neck gaiter with a skull print, similar to the face/neck gaiter that SARGENT can be seen wearing in the January 6, 2021 photos of him hurling an unknown object toward the inner doors of the north entrance to the Capitol building.



According to records obtained through a search warrant served on Google, a mobile device associated with anontreborsux@gmail.com was present at the U.S. Capitol on January 6, 2021. Google estimates device location using sources including GPS data and information about nearby Wi-Fi access points and Bluetooth beacons. This location data varies in its accuracy, depending on the source(s) of the data. As a result, Google assigns a "maps display radius" for each location data point. Thus, where Google estimates that its location data is accurate to within 10 meters, Google assigns a "maps display radius" of 10 meters to the location data point. Finally, Google reports that its "maps display radius" reflects the actual location of the covered device approximately 68% of the time. In this case, Google location data shows that a device associated with anontreborsux@gmail.com was near the north entrance to the U.S. Capitol from approximately 3:30 p.m. to 4:17 p.m. EST, and near the east entrance to the U.S. Capitol from approximately 4:40 p.m. to 4:49 p.m. EST. Google records show that the "maps display radius" for this location data was less than 100 feet, which encompasses an area that is both within and outside the U.S. Capitol Building.

Based on the foregoing, your affiant submits that there is probable cause to believe that SARGENT violated 18 U.S.C. §§ 1361 and 2, by willfully injuring or committing, or attempting to willingly injure or commit, any depredation against any property of the United States. The inner door to the north entrance of the United States Capitol is property of the United States government.

Your affiant submits that there is also probable cause to believe that SARGENT violated 18 U.S.C. § 1752(a)(1), (2), and (4), which makes it a crime to: (1) knowingly enter or remain in any restricted building or grounds without lawful authority to do; (2) knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions; and (4) knowingly engages in any act of physical violence against

any person or property in any restricted building or grounds; or attempts or conspires to do so. For purposes of Section 1752 of Title 18, a "restricted building" includes a posted, cordoned off, or otherwise restricted area of a building or grounds where the President or other person protected by the Secret Service, including the Vice President, is or will be temporarily visiting; or any building or grounds so restricted in conjunction with an event designated as a special event of national significance.

Finally, your affiant submits that there is probable cause to believe that SARGENT violated 40 U.S.C. § 5104(e)(2)(D) and (F), which makes it a crime to willfully and knowingly: (D) utter loud, threatening, or abusive language, or engage in disorderly or disruptive conduct, at any place in the Grounds or in any of the Capitol Buildings with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress, or the orderly conduct in that building of a hearing before, or any deliberations of, a committee of Congress or either House of Congress; and (F) engage in an act of physical violence in the Grounds or any of the Capitol Buildings.

Sean M. O'Donovan
Special Agent
Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 13th day of September, 2021.

2021.09.13
14:24:17 -04'00'

ROBIN M. MERIWEATHER
U.S. MAGISTRATE JUDGE

12

Case 1:21-cr-00699 Document 25 Filed 09/20/22 Page 1 of 25 PageID 14

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**UNITED STATES OF AMERICA**

-vs-                                                                    Case No. 3:21-mj-1447-JBT

**ANTHONY SARGENT**                          Defense Atty.: John Pierce, Esquire
                                                                      AUSA: Laura Cofer Taylor

| JUDGE | Joel B. Toomey<br>U. S. Magistrate Judge | DATE AND TIME | 9/21/2021<br>4:10 p.m. – 4:33 p.m.<br>Recess<br>4:40 p.m. – 4:45 p.m. |
|---|---|---|---|
| DEPUTY CLERK | Tracee Perrotti | TAPE/REPORTER | Digital |
| INTERPRETER | None present | PRETRIAL/PROBATION: | Kimberly Barrett |

CLERK'S MINUTES

**PROCEEDINGS:**                    **INITIAL APPEARANCE - RULE 5(c)(3)**

Defendant arrested on an arrest warrant out of the District of Columbia on a Complaint.

John Pierce, Esquire, is present by Zoom videoconference and has been retained by Defendant.

Defendant advised of the charges, penalties, special assessment and forfeiture provision.

Defense counsel advises the Court that Defendant waives his right to an identity/preliminary hearing.

Defendant questioned regarding his right to an identity/preliminary hearing.

The Court finds Defendant knowingly, intelligently, voluntarily and freely waived his right to an identity/preliminary hearing in Jacksonville.

Government's oral motion for bond is **GRANTED.**

Unsecured Appearance Bond set in the amount of $25,000.00 with no deposit required to the Registry of the Court.

Defendant shall appear before the Honorable Zia M. Faruqui, U.S. Magistrate Judge, on September 24, 2021 at 1:00 p.m., via Zoom videoconference.

[Continued to Page 2]

Page 2
USA v. Anthony Sargent
3:21-mj-1447-JBT

**Order Setting Conditions of Release to enter.**

**Removal Order to enter.**

As required by Rule 5(f), the United States is ordered to produce all exculpatory evidence to the Defendant pursuant to *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny.   Not doing so in a timely manner may result in sanctions, including exclusion of evidence, adverse jury instructions, dismissal of charges and contempt proceedings.

**Oral Order to enter.**

**Filed in Open Court:**
      Waiver of Rule 5(c)(3) Hearings

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

IN RE:   Due Process Protections Act                CASE NO. 3:20-mc-20-J-32

## STANDING ORDER REGARDING
## DUE PROCESS PROTECTIONS ACT

Pursuant to the Due Process Protections Act, the Court confirms the United States' obligation to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland, 373 U.S. 83 (1963), and its progeny and orders the United States to do so.  Failing to do so in a timely manner may result in consequences, including exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, and sanctions.

The Clerk is directed to enter this order in all criminal cases pending on October 21, 2020, or filed thereafter.

**DONE AND ORDERED** in Jacksonville, Florida on December 1, 2020.

*Timothy J. Corrigan*
TIMOTHY J. CORRIGAN
Chief United States District Judge

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.

Case No. 3:21-mj-1447-JBT

ANTHONY SARGENT

_____

## UNSECURED APPEARANCE BOND

**NON-SURETY:** I, the undersigned defendant acknowledge that I and my personal representatives, jointly and severally, are bound to pay to the United States of America the sum of $ _25,000.00_ , and there has **NOT** been a deposit into the Registry of the Court. This bond is to secure attendance of defendant at all further proceedings as well as to secure compliance with all other conditions of the Order Setting Conditions of Release.

The conditions of this bond are that the defendant **ANTHONY SARGENT,** is to appear before this Court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in defendant's case, including appearance for violation of a condition of defendant's release as may be ordered or notified by this court or any other United States District Court to which the defendant may be held to answer or the cause transferred. The defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment.

It is agreed and understood that this is a continuing bond (including any proceedings on appeal or review) which shall continue until such time as the undersigned are exonerated.

If the defendant appears as ordered, or notified and otherwise obeys and performs the foregoing conditions of this bond, then this bond is to be void, but if the defendant fails to obey or perform any of these conditions, payment of the amount of this bond shall be due forthwith. Forfeiture of this bond for any breach of its conditions may be declared by any such breach and if the bond is forfeited and if the forfeiture is not set aside or remitted, judgment may be entered upon motion of such United States District Court against each debtor jointly and severally for the amount above stated, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States.

This bond is signed on **September 21, 2021** at Jacksonville, Florida.

Defendant _____    Address _429 S Hiddentree drive_

Surety _____    Address _St Augustine FL_

Surety _____    Address _Florida_

Signed and acknowledged before me on September 21, 2021.

Deputy Clerk: _Inaun S. Curotti_

Parties notified

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| | **ORDER SETTING CONDITIONS OF RELEASE** |
| v. | |
| **ANTHONY SARGENT** | **Case No. 3:21-mj-1447-JBT** |

**IT IS ORDERED** that the release of the Defendant is subject to the following conditions:

(1)     The Defendant **shall not commit** any offense in violation of federal, state or local law while on release in this case and shall report any violations, arrests or convictions to the U.S. Pretrial Services Office immediately.

(2)     The Defendant shall report any contact with any law enforcement personnel, including but not limited to, any arrest, questioning, or traffic stop to Pretrial Services.

(3)     The Defendant **shall reside at the address provided to Pretrial Services and not change his address without prior permission from Pretrial Services.**

(4)     The Defendant **shall appear** at all proceedings as required and shall surrender for service of any sentence imposed as directed. The Defendant shall next appear **before the Honorable Zia M. Faruqui, U.S. Magistrate Judge, on September 24, 2021 at 1:00 p.m., via Zoom videoconference.**

### ADDITIONAL CONDITIONS OF RELEASE

In order reasonably to assure the appearance of the Defendant and the safety of other persons and the community, it is **FURTHER ORDERED** that the release of Defendant is subject to the conditions set forth below:

(5)     **Financial Conditions:**

The Defendant shall execute an **unsecured** bond binding Defendant to pay the United States of America the sum of **$25,000.00, with no money deposited with the Registry of the Clerk of Court**. This bond is to secure attendance of Defendant in the event of a failure to appear as required or to surrender as directed

1

for service of any sentence imposed or for failure to obey any and all of the other conditions of release imposed herein.

(6)    **Specific Conditions: The Defendant shall**

A.    Report on a regular basis to the Pretrial Services Office as directed by the Pretrial Services Officer.

B.    Not travel outside the Middle District of Florida, with the exception of Washington, DC for court and attorney visits only.  Defendant's travel may be modified by the Pretrial Services Officer.

C.    Refrain from possessing a firearm, destructive device, or other dangerous weapon.

D.    Refrain from excessive use of alcohol, and any use or unlawful possession of a narcotic drug and other controlled substances defined in 21 U.S.C. § 802 unless prescribed by a licensed medical practitioner.

E.    Submit to a drug test upon release and if positive then undergo drug testing, urinalysis testing, education, and treatment as directed by the Pretrial Services Office and would also be subject to conditions 6(F) and (6)G.

F.    Submit to any method of testing required by the Pretrial Services Office or the Supervising Officer for determining whether the Defendant is using a prohibited substance.  Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. Defendant shall be financially responsible for this program to the extent determined by the Pretrial Services Office.

G     Refrain from obstructing or attempting to obstruct, adulterate, dilute or tamper in any fashion, with the efficiency and accuracy of any prohibited substance testing that is required as a condition of release.

H.    Not apply for or obtain a new or replacement passport, or any other travel document.

I.     Participate in the location monitoring program under the direction of the Pretrial Services Office.   Costs to be borne by the Defendant at the direction of the Pretrial Services Office.

2

## ADVICE OF PENALTIES AND SANCTIONS

**TO THE DEFENDANT:**

**YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:**

A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.

The commission of any crime while on pre-trial release may result in an additional sentence to a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor.   This sentence shall be in addition to any other sentence.

Federal law makes it a crime punishable by up to five years of imprisonment, and a $250,000 fine or both to intimidate or attempt to intimidate a witness, victim, juror, informant or officer of the court, or to obstruct a criminal investigation.   It is also a crime punishable by up to ten years of imprisonment, a $250,000 fine or both, to tamper with a witness, victim or informant, or to retaliate against a witness, victim or informant, or to threaten or attempt to do so.

If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed.   If you are convicted of:

(1)     an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for not more than ten years, or both;

(2)     an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3)     any other felony, you shall be fined not more than $250,000 or imprisoned not more than two years, or both;

(4)     a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense.   In addition, a failure to appear may result in the forfeiture of any bond posted.

**Acknowledgment of Defendant**

I acknowledge that I am the Defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

Date: 9/21/21

_____
Signature of Defendant

## DIRECTIONS TO UNITED STATES MARSHAL

(X)  The Defendant is **ORDERED** released after processing.

( )  The United States Marshal is **ORDERED** to keep the Defendant in custody until notified by the clerk or judicial officer that the Defendant has posted bond and/or complied with all other conditions of release. The Defendant shall be produced before the appropriate judicial officer at the time and place specified, if still in custody.

Date: 9-21-21

_____
JOEL B. TOOMEY
United States Magistrate Judge

Copies to:
Assistant U.S. Attorney (Taylor)
John Pierce, Esquire
U.S. Marshals Service
U.S. Pretrial Services
Defendant

for the
Middle District of Florida

| United States of America | )  | |
|---|---|---|
| v. | ) | Case No.  3:21-mj-1447-JBT |
| ANTHONY SARGENT | ) | |
|  | ) | Charging District's Case No.  21mj600 |
| _____ | ) | |
| *Defendant* | ) | |

## WAIVER OF RULE 5 & 5.1 HEARINGS
### (Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)*     District of Columbia

.

I have been informed of the charges and of my rights to:

(1)     retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)     an identity hearing to determine whether I am the person named in the charges;

(3)     production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4)     a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5)     a hearing on any motion by the government for detention;

(6)     request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☒     an identity hearing and production of the warrant.

☒     a preliminary hearing.

☐     a detention hearing.

☐     an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district.  I request that my
☐ preliminary hearing and/or ☐ detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date:     9/21/2021                                        _____
                                                                                    *Defendant's signature*

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                                    CASE NO:   3:21-mj-1447-JBT

ANTHONY SARGENT

_____

## **ORDER**

The Defendant appeared before this Court pursuant to Rule 5(c)(3), Fed.R.Crim.P., having been arrested on a warrant issued by the District Court for the District of Columbia.   The Defendant was advised of the charges, rights, maximum penalties and of his right to counsel.

The Defendant appeared with counsel and freely, voluntarily, knowingly and intelligently waived his right to an identity/preliminary hearing.   Accordingly, it is hereby **ORDERED**:

1.     The Defendant, having been released on conditions, is directed to appear before the Honorable Zia M. Faruqui, United States Magistrate Judge, on September 24, 2021 at 1:00 p.m., via Zoom videoconference.

2.     The Clerk of Court shall transmit to the District Court for the District of Columbia any appropriate documentation from the file and then close this file.

**DONE AND ORDERED** in Jacksonville, Florida this 22nd day of September, 2021.

JOEL B. TOOMEY
United States Magistrate Judge

Copies to:
Asst. U. S. Attorney (Taylor)
John Pierce, Esquire
U. S. Marshals Service
U. S. Pretrial Services
Defendant

Query     Reports     Utilities     Help     What's New     Log Out

BOND, CLOSED

# U.S. District Court
# Middle District of Florida (Jacksonville)
# CRIMINAL DOCKET FOR CASE #: 3:21-mj-01447-JBT All Defendants

Case title: USA v. Sargent                          Date Filed: 09/21/2021
                                                    Date Terminated: 09/22/2021

Assigned to: Magistrate Judge Joel B.
Toomey

### Defendant (1)

**Anthony Sargent**                    represented by   **John Pierce**
*TERMINATED: 09/22/2021*                                Pierce Bainbridge, P.C.
                                                        355 S. Grand Avenue, Suite 44th Floor
                                                        Los Angeles, CA 90071
                                                        *ATTORNEY TO BE NOTICED*
                                                        *Designation: Retained*

**Pending Counts**                     **Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**                  **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                         **Disposition**

18:1361.M GOVERNMENT
PROPERTY OR CONTRACTS <=
$100, 18:1752.P RESTRICTED
BUILDING OR GROUNDS,
40:5104E.M VIOLENT ENTRY AND
DISORDERLY CONDUCT ON
CAPITOL GROUNDS

**Plaintiff**

**USA**                                        represented by  **Laura Cofer Taylor**
US Attorney's Office - FLM*
Suite 700
300 N Hogan St
Jacksonville, FL 32202
904-301-6249
Email: Laura.C.Taylor@usdoj.gov
*ATTORNEY TO BE NOTICED*
Designation: Retained

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 09/21/2021 | 1 | Arrest pursuant to Rule 5(c)(3) of Anthony Sargent from the District of Columbia. (TSP) (Entered: 09/22/2021) |
| 09/21/2021 | 2 | Minute Entry for In Person proceedings held before Magistrate Judge Joel B. Toomey: INITIAL APPEARANCE in Rule 5(c)(3) proceedings held on 9/21/2021 as to Anthony Sargent from the District of Columbia. (Digital) (TSP) (Entered: 09/22/2021) |
| 09/21/2021 | 3 | ORAL MOTION for Bond by USA as to Anthony Sargent. (TSP) (Entered: 09/22/2021) |
| 09/21/2021 | 4 | **STANDING ORDER as to Anthony Sargent: Pursuant to the Due Process Protections Act, the Court confirms the United States' obligation to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland, 373 U.S. 83 (1963), and its progeny and orders the United States to do so. Failing to do so in a timely manner may result in consequences, including exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, and sanctions. Signed by Judge Timothy J. Corrigan on 12/1/2020. (TSP) Modified on 9/22/2021 (TSP). (Entered: 09/22/2021)** |
| 09/21/2021 | 5 | WAIVER of Rule 5 & 5.1 Hearings hearing by Anthony Sargent. (TSP) (Entered: 09/22/2021) |
| 09/21/2021 | 6 | Unsecured Appearance BOND entered as to Anthony Sargent in amount of $25,000.00 with no deposit required to the Registry of the Court. (TSP) (Entered: 09/22/2021) |
| 09/22/2021 | 7 | **ORDER Setting Conditions of Release (granting 3 oral motion for bond) as to Anthony Sargent (1) Unsecured Appearance Bond. Signed by Magistrate Judge Joel B. Toomey on 9/21/2021. (TSP) (Entered: 09/22/2021)** |
| 09/22/2021 | 8 | **ORDER OF REMOVAL pursuant to Rule 5(c)(3) to the District Court of the District of Columbia as to Anthony Sargent. Signed by Magistrate Judge Joel B. Toomey on 9/22/2021. (TSP) (Entered: 09/22/2021)** |
| 09/22/2021 |  | NOTICE to the District of Columbia of a Rule 5 or Rule 32 Initial Appearance as to Anthony Sargent regarding your case number: 21mj600. Using your PACER |

|  | account, you may retrieve the docket sheet and any documents via the case number link. No documents/record will be sent. If you require certified copies of any documents please send a request to InterdistrictTransfer_FLMD@flmd.uscourts.gov. If you wish the court to use a different email address in the future, please send a request to update your address to InterdistrictTransfer_TXND@txnd.uscourts.gov. (TSP) (Entered: 09/22/2021) |
|--|--|