# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | Case No. 21-cr-639 (EGS) |
| : | |
| **ANTHONY SARGENT,** : | |
| : | |
| Defendant. : | |

## UNOPPOSED MOTION FOR PROTECTIVE ORDER

The United States of America hereby respectfully moves the Court for the entry of a protective order governing the production of discovery by the parties in the above-captioned case. The United States and counsel for Defendant have reached an agreement as to the proposed protective order. Therefore, the United States is authorized to represent to the Court that Defendant does not oppose this motion or the entry of the attached protective order.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By: _____/s/_____
HAVA ARIN LEVENSON MIRELL
Assistant United States Attorney
Detailee
CA Bar No. 311098
312 N. Spring St., Suite 1100
Los Angeles, CA 90012
E-mail: Hava.Mirell@usdoj.gov
Phone: (213) 894-0717