UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **CASE NO. 1:21-CR-639 (EGS)** |
| **v.** : | |
| : | |
| **ANTHONY SARGENT,** : | |
| : | |
| **Defendant.** : | |

## ORDER

Upon consideration of the Government's Consent Motion to Continue the Status Hearing scheduled for April 22, 2022, it is this ____ day of _____, 2022 hereby

**ORDERED**, that the Motion to Continue the Status Hearing is **GRANTED** and the Status Hearing will be continued until _____, 2022 at _____; and it is

**FURTHER ORDERED** that pursuant to the Motion to Continue, the time from April 22, 2022, to _____, 2022, will be excluded from the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7) as the exclusion would serve the ends of justice and outweigh the interest of the public and the defendant in a speedy trial.

**SO ORDERED**

_____                    _____
DATE                                                                              **HONORABLE EMMET G. SULLIVAN**
                                                                                           **UNITED STATES DISTRICT JUDGE**