## UNITED STATES DISTRICT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| ) | |
| **v.** ) | **Case No. 21-cr-00639-EGS** |
| ) | |
| **ANTHONY SARGENT,** ) | |
| ) | |
| ) | |
| **Defendant** ) | |
| ) | |

## NOTICE OF APPERANCE

To: The Clerk of Court and all parties of record

Attorney William L. Shipley hereby makes this Notice of Appearance on behalf of:

Defendant Anthony Sargent in this matter.

Dated: June 15, 2022                    Respectfully submitted,

/s/ William L. Shipley
William L. Shipley, Jr., Esq.
PO BOX 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com