## UNITED STATES DISTRICT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **Case No. 21-cr-00639-DLF** |
| | ) | |
| **ANTHONY SARGENT** | ) | |
| | ) | |
| | ) | |
| **Defendant** | ) | |
| | ) | |

## JOINT MOTION TO CONTINUE STATUS HEARING

NOW COMES defendant Anthony Sargent, by and through their counsel of record, William L. Shipley, and the United States by and through Assistant U.S. Attorney, Hava Mirell requests this Honorable Court to continue the status hearing set for January 13, 2023 to February 3, 2023.

During the November 10, 2022 status conference before this Court, the government informed counsel and the court a plea offer would be extended to Defendant Sargent.

Attorney Shipley conferred with the government on January 5, 2023 and was informed the plea offer was being reviewed and would be extended soon—however due to the short amount of time before the hearing, the defendant requires additional time to review additional discovery and the plea offer to be able to assess whether to accept the plea.  Further, once the plea offer is extended, a new attorney for the government will be assigned to the case and will be handling the plea or proceeding with the case to trial should no plea offer be accepted.

Moreover, Attorney Shipley began trial on December 5, 2022, in the second "Oath Keepers" case.  *See* United States v. Rhodes, et al.  22-cr-00015-APM.  Due to Attorney Shipley being in trial, there would not be adequate time to review the plea offer with Defendant Sargent prior to the hearing currently scheduled for January 13, 2023.

Wherefore, Defendant Sargent and the United States request this Honorable Court to continue the status hearing to February 3, 2023.

Dated: January 5, 2023               Respectfully submitted,

                                     /s/ William L. Shipley
                                     William L. Shipley, Jr., Esq.
                                     PO BOX 745
                                     Kailua, Hawaii 96734
                                     Tel: (808) 228-1341
                                     Email: 808Shipleylaw@gmail.com

                                     *Attorney for Defendant*


                                     /s/ Hava Mirell
                                     Hava Mirell
                                     Assistant United States Attorney
                                     Detailee
                                     601 D Street NW
                                     Washington, D.C. 20530
                                     Tel: (213) 894-0717
                                     Email: Hava.Mirell@usdoj.gov