# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No.: 21-cr-639-DLF |
| v. : | |
| : | |
| ANTHONY SARGENT, : | |
| : | |
| Defendant. : | |

## NOTICE OF APPEARANCE

The United States of America, through undersigned counsel, hereby informs the Court that Assistant United States Attorney Joshua Ontell is entering his appearance in the above-captioned matter as counsel for the United States.

Respectfully submitted,

DATED: April 4, 2023

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:  /s/ Joshua Ontell
Joshua Ontell
VA Bar No. 92444
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-7706
joshua.ontell@usdoj.gov

## **CERTIFICATE OF SERVICE**

On April 4th, 2023, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

/s/ *Joshua Ontell*
Joshua Ontell
Assistant United States Attorney