**UNITED STATES DISTRICT**
**FOR THE DISTRICT OF COLUMBIA**

**UNITED STATES OF AMERICA** )
)
)
**v.** )        **Case No. 21-cr-00639-DLF**
)
**ANTHONY SARGENT** )
)
)
                **Defendant** )
)

**MOTION TO CONTINUE HEARING FOR ENTRY OF CHANGE**
**OF PLEA**

NOW COMES defendant Anthony Sargent, by and through his counsel of record, William L. Shipley, requests this Honorable Court to continue the change of plea hearing set for June 27, 2023.

Undersigned counsel was informed Defendant Sargent's wife tested positive for Covid-19, on June 20, 2023. which also exposed Defendant Sargent. Since Defendant Sargent has also tested positive for Covid-19 on June 21, 2023, and has fallen ill.

Undersigned has counsel with government counsel, who agree to a continuance due to the possible exposure of Covid-19.

Wherefore, Defendant Sargent respectfully requests this Honorable Court to continue the change of plea hearing set for June 27, 2023, to July 11, 2023.

Dated: June 23, 2023                    Respectfully submitted,

                                        /s/ William L. Shipley
                                        William L. Shipley, Jr., Esq.
                                        PO BOX 745
                                        Kailua, Hawaii 96734
                                        Tel: (808) 228-1341
                                        Email: 808Shipleylaw@gmail.com