# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 1:21-cr-639 (DLF) |
| | : | |
| **ANTHONY SARGENT,** | : | |
| | : | |
| **Defendant.** | : | |

## JOINT MOTION TO CONTINUE SENTENCING

The parties respectfully request that the Court continue the sentencing hearing for this matter to November 8 at 1:00 p.m. In support of this motion, the defense states the defendant is currently pending medical treatment, which may require surgery in the coming weeks. The defense believes that the medical records from this treatment will be relevant at sentencing. In addition, defense counsel has a personal matter scheduled in California during the week of September 25 during the currently scheduled sentencing hearing. The government assents to this motion.

Respectfully submitted,

For the Defendant,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar Number 481052

/s/ William Shipley        By:    /s/ Andrew Haag
William J. Shipley, Jr., Esq.        ANDREW S. HAAG
PO BOX 745        Assistant United States Attorney
Kailua, Hawaii 96734        MA Bar No. 705425
Tel: (808) 228-1341        601 D Street, N.W.
Email: 808Shipleylaw@gmail.com        Washington, DC 20530
(202) 252-7755
Andrew.Haag@usdoj.gov

JOSHUA ONTELL
VA Bar No. 92444
Assistant United States Attorney
601 D Street, N.W.
Washington, DC 20530
(202) 252-7706
joshua.ontell@usdoj.gov