UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 21-cr-639 (DLF) |
| v. : | |
| : | |
| ANTHONY SARGENT, : | |
| : | |
| **Defendant** : | |

**GOVERNMENT'S NOTICE OF FILING OF EXHIBITS
PURUSANT TO LOCAL CRIMINAL RULE 49**

The United States of America, through the undersigned, hereby gives this notice pursuant to Local Criminal Rule 49, of the following exhibits that were provided to the Court and defense counsel on November 2, 2023 in relation to the government's sentencing memorandum. These exhibits will be offered into evidence during the sentencing hearing scheduled for November 7, 2023.

The proposed exhibits are as follows:

1. Government Exhibit 1 is a clip of third-party/open-source video. The clip is approximately 1 hour 8 minutes and 36 seconds long. The relevant events depicted in in the exhibit occurred at about 4:02 p.m. EST on January 6, 2021. The relevant portion of the clip occurs from 4:39-4:55 elapsed time.

2. Government Exhibit 1A is a is a is side-by-side matchup of closed-circuit video and the third-party/open-source clip from Exhibit 1. It shows only the relevant parts of the action in Exhibit 1 and is 2 minutes and 51 seconds long. The relevant portion of the clip occurs from 1:57-2:25 elapsed time.

3. Government Exhibit 2 is a third-party/open-source video clip. The clip 2 is minutes long. The events depicted in the exhibit occurred between approximately 3:30 and 4:00 p.m. EST on January 6, 2021. 0:00-0:35 from the clip is relevant.

4. Government Exhibit 2A is a clip that includes the relevant portion of Exhibit 2. The clip has the same footage as Government Exhibit 2, but it also has annotations as well as captioning to make viewing the video easier. The entire clip is relevant.

5. Government Exhibit 3 a third-party/open-source video clip. The clip is approximately 14 minutes and 50 seconds long. The relevant events depicted in the exhibit occurred between approximately 3:30 and 4:00 p.m. EST (2:23-2:30 elapsed time), at approximately 4:00 p.m. EST (2:32-3:01 elapsed time), and about 4:02 p.m. EST (3:45-4:05 elapsed time) on January 6, 2021.

6. Government Exhibit 3A.1 shows the same footage that is depicted at 2:32-3:01 elapsed time in Government Exhibit 3. The conduct occurred at about 4:00 p.m. EST. The entire clip is relevant, and it is 29 seconds long.

7. Government Exhibit 3A.2 has the same footage from 3:45-4:01 elapsed time in Government Exhibit 3. The conduct occurred at about 4:02 p.m. EST. Government Exhibit 3A.2 includes annotations as well as captioning to make viewing the video easier. The entire clip is relevant, and it is 28 seconds long.

8. Government Exhibit 3A.3 is a slowed-down version of the part of Government 3A.2 where Sargent shouts "it's ballistic!" The clip is slowed down so the viewer can see Sargent's mouth moving through his gaiter as he shouts. The entire clip is relevant, and it is 34 seconds long.

9. Government Exhibit 4 is a third-party/open-source video clip. The clip is approximately 12 minutes and 32 seconds long. The relevant events depicted in the exhibit occurred between about 3:30 and 4:00 p.m. EST on January 6, 2021. 9:40-9:50 and 10:10-10:15 elapsed time are the relevant portions.

10. Government Exhibit 4A includes the 9:40-9:50 elapsed time footage from Government Exhibit 4. It, however, includes annotations to make viewing the video easier. The entire clip is relevant, and it is 19 seconds long.

11. Government Exhibit 5 is a third-party/open-source video clip. The clip is approximately 23 minutes and 24 seconds long. The relevant events depicted in the exhibit, from 7:37-8:29 elapsed time, occurred shortly after 4:00 p.m. on January 6, 2021.

12. Government Exhibit 5A includes the relevant events from Government Exhibit 5. However, it includes annotations to make viewing the video easier. The entire clip is relevant, and it is 1 minute long.

13. Government Exhibit 6 is a third-party/open-source video clip that is 22 minutes and one second long. The relevant events depicted in the exhibit occurred at about 4:02 p.m. EST on January 6, 2021. The relevant portion occurs from 20:18-21:05 in the clip.

14. Government Exhibit 6A is the relevant footage from Government Exhibit 6, but it includes annotations to make viewing the video easier. The entire clip is relevant.

15. Government Exhibit 7 is a third-party/open-source video clip. The clip is approximately 26 minutes long. The relevant events in the clip occurred at approximately between 3:30 and 4:00 p.m. (11:15-12:48 elapsed time) and about 4:12 p.m. (16:55-19:55 elapsed time).

16. Government Exhibit 7A is from the same footage as 18:45-19:55 elapsed time in Government Exhibit 7, but it includes annotations and zoom to make viewing the video easier. The entire clip is relevant.

17. Government Exhibit 8 is the plea hearing transcript for this matter from July 21, 2023. The relevant portion is page 20 lines 2-3.

18. Government Exhibit 9 is a third-party/open-source video clip. The clip is approximately 6 minutes and 13 seconds long. The relevant events in the clip occurred shortly after 4:12 p.m. EST (0:00-1:00).

19. Government Exhibit 9A is from the same footage as about 0:00-0:20 elapsed time in Government Exhibit 9, but it includes annotations and zoom to make viewing the video easier. The entire clip is relevant, and it is 46 seconds long.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By: /s/ *Joshua Ontell*
Joshua Ontell, VA Bar No. 92444
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
601 D Street, N.W.
Washington, D.C.  20530
(202) 252-7706
joshua.ontell@usdoj.gov

*/s/ Andrew Haag*
ANDREW S. HAAG
Assistant United States Attorney
MA Bar No. 705425
601 D Street, N.W.
Washington, DC 20530
(202) 252-7755
Andrew.Haag@usdoj.gov