UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v. )<br>)<br>ANTHONY SARGENT )<br>)<br>)<br>Defendant )<br>) | Case No. 21-cr-00639-DLF |

## MOTION TO FILE UNDER SEAL

NOW COMES Defendant Anthony Sargent by and through his undersigned counsel of record William L. Shipley, requesting this Honorable Court to allow Mr. Sargent to file **Defendant's Medical Records** under seal. As the report contains medical records and confidential information about the Mr. Sargent, there is an overriding interest in keeping the information confidential that outweighs the need for public disclosure.

Dated: November 6, 2023               Respectfully submitted,

/s/ William L. Shipley
William L. Shipley, Jr., Esq.
PO BOX 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com

*Attorney for Defendant*

1