UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | Case No. 21-cr-00639-DLF |
| | ) | |
| **ANTHONY SARGENT,** | ) | |
| | ) | |
| | ) | |
| **Defendant** | ) | |
| | ) | |

**DEFENDANT ANTHONY SARGENT'S ERRATA SUPPLEMENTAL
SENTENCING STATEMENT**

William L. Shipley
PO Box 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com
*Attorney for Defendant*

Comes now Defendant Anthony Sargent, by and through his counsel of record William L. Shipley, and submits this errata to the supplemental sentencing statement filed on December 1, 2023.

In Defendant Sargent's supplemental sentencing statement, there was an incorrect reference to Judge Nichols—such reference is listed below.

There was much discussion at the first hearing about the nature of the item that was thrown at the window by Mr. Sargent.  Mr. Sargent has never denied that he thought it was an item that was capable of breaking the glass window.  When the specific question was posed to him by Judge Nichols during the plea colloquy, Judge Nichols referenced a "heavy rock-like object."  Mr. Sargent's answer was "I'm not sure I would call it heavy."  He also said that he isn't sure exactly what the object was, as it was simply an object on the ground he picked up and threw.

In this instance, Defendant Sargent intended to reference Judge McFadden, not Judge Nichols.

Further, the following passage should be ignored by this Court as Judge Nichols was not the judge who handled Defendant Sargent's change of plea.

So far as counsel is aware, only Judge Nichols has taken the position that a conviction for violating Section 1752(a)(4) is an offense for which remand into custody is appropriate.  It is worth noting that Judge Nichols took the guilty plea in this case but did not remand Mr. Sargent into custody at that time.  He was aware of both the counts of conviction and the facts as admitted by Mr. Sargent in his plea colloquy – both in writing and as stated orally by Mr. Sargent.

Date: December 1, 2023

Respectfully Submitted,

<u>/s/ William L. Shipley</u>
William L. Shipley
PO Box 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com

*Attorney for Defendants*