**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **Case No. 21-cr-639 (DLF)** |
| **v.** : | |
| : | |
| **ANTHONY SARGENT,** : | |
| : | |
| **Defendant** : | |

### GOVERNMENT'S NOTICE OF WITHDRAWAL OF ARGUMENT

Upon further consideration, the government respectfully withdraws its argument that a conviction for an offense under 18 U.S.C. § 1752(a)(4) requires mandatory detention under 18 U.S.C. § 3143(a)(2), as stated in ECF No. 56 at 12-14. Nonetheless, the Court must detain the defendant pending execution of his sentence unless it finds by clear and convincing evidence that he is neither a flight risk nor a danger to any other person or the community. 18 U.S.C. § 3143(a)(1).

                Respectfully submitted,
                MATTHEW M. GRAVES
                UNITED STATES ATTORNEY

By:   */s/ Andrew Haag*
       ANDREW S. HAAG
       Assistant United States Attorney
       MA Bar No. 705425
       601 D Street, N.W.
       Washington, DC 20530
       (202) 252-7755
       Andrew.Haag@usdoj.gov

       */s/ Joshua Ontell*
       JOSHUA ONTELL
       VA Bar No. 92444
       Assistant United States Attorney
       601 D Street, N.W.
       Washington, DC 20530
       (202) 252-7706
       joshua.ontell@usdoj.gov